**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZOETIS INC., <br><br> Defendant. | CASE NO. 6:14-cv-903 <br><br> **JURY TRIAL DEMANDED** |

**VOLUNTARY DISMISSAL OF DEFENDANT ZOETIS INC.,
PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Landmark Technology, LLC hereby voluntarily dismisses with prejudice its claims against Defendant Zoetis Inc., in the above captioned action. Each party is to bear its own attorneys' fees and costs.

DATED:  March 10, 2015  					Respectfully Submitted,

						By: /s/*Charles Ainsworth*

						Charles Ainsworth
						State Bar No.  00783521
						Robert Christopher Bunt
						State Bar No. 00787165
						PARKER, BUNT & AINSWORTH, P.C.
						100 E. Ferguson, Suite 1114
						Tyler, TX 75702
						903/531-3535
						903/533-9687

						E-mail: charley@pbatyler.com
						E-mail: rcbunt@pbatyler.com

						ATTORNEYS FOR PLAINTIFF,
						LANDMARK TECHNOLOGY, LLC

### CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 10th day of March, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

						/s/ *Charles Ainsworth*
						CHARLES AINSWORTH